IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| DOUGLAS EUGENE WEATHINGTON, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | Case No.   4:09-cv-1082-KOB-TMP |
| ) | |
| ETOWAH COUNTY DISTRICT ) | |
| ATTORNEY'S OFFICE; ATTORNEY ) | |
| GENERAL OF THE STATE OF ) | |
| ALABAMA, ) | |
| ) | |
| Respondents. ) | |

O R D E R

On May 21, 2010, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed without prejudice. No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be and the same is hereby DISMISSED WITHOUT PREJUDICE in order to permit petitioner to exhaust any unexhausted claim.

DONE and ORDERED this 17th day of June 2010.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE